# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.M. MCDONALD, M.C. HOLIFIELD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER J. WORLEY**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400189**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 17 January 2014.
**Military Judge**: Col D.J. Daugherty, USMC.
**Convening Authority**: Commander, Marine Corps Base, Quantico, VA.
**Staff Judge Advocate's Recommendation**: Maj T.H. Campbell, USMC.
**For Appellant**: LT Jessica L. Fickey, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 August 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court